FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 10 2004 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH A. TUCKER, derivatively, on behalf of Reckson Associates Realty Corp.,<br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>DONALD J. RECHLER, GREGG RECHLER, ROGER M. RECHLER, SCOTT RECHLER, MITCHELL RECHLER, HERVE A. KEVENIDES, JOHN V. N. KLEIN, RONALD H. MENAKER, LEWIS S. RANIERI, CONRAD D. STEPHENSON, PETER QUICK, WALTER GROSS and RECKSON OPERATING PARTNERSHIP, L.P.,<br>　　　　　　　　　Defendants,<br>- and -<br><br>RECKSON ASSOCIATES REALTY CORP.,<br>　　　　　　　　Nominal Defendant. | Case No. 03-CV-4917 (TCP)<br><br>Judge Thomas C. Platt<br><br><br><br><u>**STIPULATION AND ORDER TO CONSOLIDATE**</u> |
| CLINTON CHARTER TOWNSHIP POLICE AND FIRE RETIREMENT SYSTEM, derivatively, on behalf of Reckson Associates Realty Corp.,<br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>DONALD J. RECHLER, GREGG RECHLER, ROGER M. RECHLER, SCOTT RECHLER, MITCHELL RECHLER, HERVE A. KEVENIDES, JOHN V. N. KLEIN, RONALD H. MENAKER, LEWIS S. RANIERI, CONRAD D. STEPHENSON, PETER QUICK, WALTER GROSS and RECKSON OPERATING PARTNERSHIP, L.P.,<br>　　　　　　　　　Defendants,<br>- and -<br><br>RECKSON ASSOCIATES REALTY CORP.,<br>　　　　　　　　Nominal Defendant. | Case No. 03-CV-5008 (TCP)<br><br>Judge Thomas C. Platt |

| | |
|---|---|
| TEACHERS' RETIREMENT SYSTEM OF LOUISIANA, derivatively, on behalf of Reckson Associates Realty Corp., <br>                                    Plaintiff, <br>                v. <br> DONALD J. RECHLER, GREGG RECHLER, ROGER M. RECHLER, SCOTT RECHLER, MITCHELL RECHLER, HERVE A. KEVENIDES, JOHN V. N. KLEIN, RONALD H. MENAKER, LEWIS S. RANIERI, CONRAD D. STEPHENSON, PETER QUICK and RECKSON OPERATING PARTNERSHIP, L.P., <br>                                    Defendants, <br> - and - <br> RECKSON ASSOCIATES REALTY CORP., <br>                        Nominal Defendant. | Case No.03-CV-5178 (TCP) <br><br> Judge Thomas C. Platt |

## STIPULATION AND ORDER TO CONSOLIDATE

IT IS HEREBY STIPULATED AND AGREED by and among counsel for the parties that

1)  the above-captioned cases be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure (the "Consolidated Action"); and

2)  that any attorney admitted *pro-hac vice* in any one of the above-captioned actions shall be deemed admitted *pro-hac vice* in the Consolidated Action.

Dated: May 7, 2004

ZWERLING, SCHACHTER & ZWERLING, LLP

By: _____
    Robert S. Schachter (RS7243)

Shaye J. Fuchs (SF9412)
50 Charles Lindbergh Blvd.
Suite 501A

Uniondale, NY 11553
Tel: (516) 832-9600

and

Anthony F. Prisco (AP9633)
845 Third Avenue, Sixth Floor
New York, NY 10022
Tel: (212) 223-3900


**CHIMICLES & TIKELLIS LLP**
Nicholas E. Chimicles
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500


**BERNSTEIN LITOWITZ BERGER
& GROSSMANN, LLP**


By: *Daniel L. Berger /rss*
Daniel L. Berger (DB7748)

1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400

Attorneys for Plaintiffs

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON


By: *Matthew Gluck /ess*
      Matthew Gluck (MG4184)

One New York Plaza
New York, NY 10004
(212) 859-8000

Attorneys for Defendants Donald J. Rechler, Gregg Rechler, Roger M. Rechler, Scott Rechler and Mitchell Rechler


WACHTELL, LIPTON, ROSEN & KATZ


By: *Robert B. Mazur /ess*
      Robert B. Mazur (RM6084)

51 West 52nd Street
New York, NY 10019
(212) 403-1000

Attorneys for Defendants Herve A. Kevenides, John V. N. Klein, Ronald H. Menaker, Lewis S. Ranieri, Conrad D. Stephenson, Peter Quick, Walter Gross and Reckson Operating Partnership, L.P. and for Nominal Defendant Reckson Associates Realty Corp.